IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **IRA WAYNE CLONIGER,** ) | Civil Action No. 7:12-cv-00065 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **VIRGINIA DEPARTMENT OF** ) | | |
| **CORRECTION,** ) | By: | Hon. Michael F. Urbanski |
| Defendant. ) | | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.  Plaintiff may refile his claims in a new and separate action.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the plaintiff.

Entered:  February 9, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge